IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02371-MSK-MEH

STEPHEN J. SMITH TRUST, and
STEPHEN J. SMITH, a natural person, individually,

       Plaintiffs,

v.

ETHICON, INC., a New Jersey corporation,

       Defendant.

---

## ORDER SETTING HEARING UNDER FED.R.CIV.P. 16

---

       THIS MATTER comes before the Court upon a Complaint filed by the Plaintiffs alleging the infringement of a patent.  Because there may be a dispute regarding the construction of the patent, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED that:**

(1)     A hearing is set for **February 23, 2007 at 3:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.  Counsel who will try the case shall attend the hearing.

(2)     No later than **January 23, 2007**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3)     On or before **February 13, 2007**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order.  The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a)    It shall not contain a signature line for a judicial officer.

    (b)    It shall address the following:
            • Whether a hearing is required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
            • What discovery is necessary at each stage of the litigation.

    (c)    It shall not address the matters set forth in Section 8 (Case Plan and

Schedule), Section 10 (Other Scheduling Issues) or Section 11 (Dates for Further Conferences) of Appendix F.

(4)     At the hearing, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

(5)     No later than **December 22, 2006**, the Plaintiffs shall serve a copy of this Order on the Defendant with the Complaint, or without the Complaint if the Complaint has already been served on the Defendant, and file a certificate of service with the Court no later than **January 5, 2007**.

Dated this 5th day of December, 2006

                              **BY THE COURT:**

                              _____
                              Marcia S. Krieger
                              United States District Judge

2