IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02371-MSK-MEH

STEPHEN J. SMITH TRUST, and
STEPHEN J. SMITH, a natural person, individually,

      Plaintiffs,

v.

ETHICON, INC., a New Jersey corporation,

      Defendant.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 19, 2007.**

The parties' Joint Motion to Stay Scheduling/Planning Conference [Filed April 17, 2007; Docket #24] is **denied**. A complete stay of discovery is disfavored in this District, particularly for the reasons stated in the parties' Motion. *See Chavez v. Young Am. Ins. Co.*, No. 06-2419, 2007 U.S. Dist. LEXIS 15054 (D. Colo. Mar. 2, 2007). The proposed scheduling order is to be submitted to Chambers on or before April 23, 2007.