IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02371-MSK-MEH

STEPHEN J. SMITH TRUST, and
STEPHEN J. SMITH, a natural person, individually,

      Plaintiffs,

v.

ETHICON, INC., a New Jersey corporation,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, October 11, 2007.**

Defendant has filed a Motion for Entry of Protective Order, which includes an attorney-eyes-only provision, due to the fact that discovery will likely include documents that are trade secrets or constitute confidential research. Plaintiffs filed no Response, apparently confessing the motion. The Court has reviewed the protective order and finds it warranted in this case. Accordingly, Defendant Ethicon's Motion for Entry of Protective Order [Filed September 13, 2007; Docket #53] is **granted**. The Court will sign the Protective Order and enter it on the record.