IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 06-cv-02371-MSK-MEH                     Date:   October 25, 2007
Courtroom Deputy: Valeri P. Barnes                          **FTR – Courtroom C203**

---

| | |
|---|---|
| STEPHEN J. SMITH TRUST and<br>STEPHEN J. SMITH, individually, | Arthur Lindquist-Klessler<br>Ramon Pizarro |
|     Plaintiffs, | |
| v. | |
| ETHICON, INC., | Gary Rubman<br>Peter Korneffel, Jr. |
|     Defendant. | |

---

### COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**9:47 a.m.**       **Court in session.**

Also present: Plaintiff Stephen J. Smith.

**ORDERED:** Defendant Ethicon's Motion to Amend Scheduling Order **(60)** is **granted.** The Scheduling Order is **amended** to reflect that the Settlement Conference currently set for November 26, 2007 is reset to **December 7, 2007, 10:00 a.m. - 10:00 p.m.**

**9:59 a.m.**       **Court in recess/hearing concluded.**

Total time in court: 00:12