IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02371-MSK-MEH

STEPHEN J. SMITH TRUST, and
STEPHEN J. SMITH, a natural person, individually,

    Plaintiffs,

v.

ETHICON, INC., a New Jersey corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, November 13, 2007.**

    Based on the stay entered in this case, Defendant's Motion to Vacate Settlement Conference [Filed November 9, 2007; Docket #69] is **granted**. The settlement conference scheduled for December 7, 2007, is **vacated**.