IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-02371-MSK-MEH

STEPHEN J. SMITH TRUST, and
STEPHEN J. SMITH, a natural person, individually,

        Plaintiffs,

v.

ETHICON, INC., a New Jersey corporation,

        Defendant.

## ORDER OF DISMISSAL

        THIS MATTER comes before the Court on the Joint Motion for Dismissal With Prejudice (Motion) **(#73)** filed December 28, 2012.  Having reviewed the Motion,

        **IT IS ORDERED** that the Motion is **GRANTED**.  All claims asserted by and between Plaintiffs and Defendant are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

        DATED this 2nd day of January, 2013.

        **BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
Chief United States District Judge